UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUSTAVO ROBLES,<br><br>                         Plaintiff,<br><br>    v.<br><br>STATE OF NEW JERSEY, *et al.*,<br><br>                         Defendants. | Civil Action No. 22-05371 (JXN)(JSA)<br><br>**ORDER** |

**NEALS**, District Judge

    **THIS MATTER** having come before the Court on Plaintiff Gustavo Robles ("Robles" or "Plaintiff") motion for default judgment against Defendants Grecia K. Pinto and Charles Cetta, Jr. (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 55(b). (ECF No. 89). Defendants each submitted *pro se* letters in response to the motion. (ECF Nos. 91, 92.) The Court has considered the parties' submissions in support of and in opposition to the motion and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

    **IT IS** on this 22nd day of December 2025,

    **ORDERED** that Plaintiff's motion for default judgment (ECF No. 89) is **DENIED**; it is further

    **ORDERED** Plaintiff's federal claims under Title II and III of the Americans with Disabilities Act (Count VIII) against Defendants Pinto are **DISMISSED** *with prejudice*; it is further

    **ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state-law claim against Pinto and Cetta for malicious abuse of process (Count VII), and

thus, pursuant to 28 U.S.C. § 1367(d), Plaintiff may bring such a claim in state court within thirty (30) days from the date of this Order; it is further; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon Plaintiff by regular U.S. mail and **CLOSE** this case.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge